IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO AREA JOINT WELFARE        )
COMMITTEE FOR THE POINTING,       )
CLEANING AND CAULKING             )
INDUSTRY, LOCAL 52, *et al.*      )
                                  )    Case No. 15 C 0069
              Plaintiffs,         )
                                  )    JUDGE RUBEN CASTILLO
          v.                      )
                                  )    MAGISTRATE JUDGE DANIEL G. MARTIN
G. & C. CONSTRUCTION &            )
SEALANTS, INC., an Illinois corporation, )
f/k/a, G & C CONSTRUCTION, INC.,  )
                                  )
              Defendant.          )

**AGREED MOTION
FOR ENTRY OF JUDGMENT**

     Plaintiffs, Chicago Area Joint Welfare Committee for the Pointing, Cleaning and Caulking

Industry, Local 52, *et al.*, and Defendant, G. & C. Construction & Sealants, Inc., f/k/a, G & C

Construction, Inc., by and through their respective attorneys, hereby move this Court for entry of an

Agreed Judgment Order, a copy of which will be submitted to the Court's proposed email box.

Respectfully submitted,


/s/ Patrick N. Ryan                          /s/ Todd A. Miller
One of the Attorneys for the Plaintiffs      One of the Attorneys for the Defendant
Baum, Sigman, Auerbach & Neuman, Ltd.        Todd A. Miller
200 W. Adams Street, Suite 2200              Allocco, Miller & Cahill
Chicago, IL  60606                           20 N. Wacker Dr., Suite 3517
(312) 236-4316                               Chicago, IL  60606-2806
pryan@baumsigman.com                         tam@alloccomiller.com

I:\52J\G & C\#25800\agreed mot. for entry jdgmt.02-02-16.pnr.kp.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 2nd day of February 2016, he electronically filed the foregoing document (Agreed Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Todd A. Miller
Kathleen M. Cahill
Megan M. Moore
Allocco, Miller & Cahill
20 N. Wacker Dr., Suite 3517
Chicago, IL   60606-2806


/s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com
I:\52J\G & C\#25800\agreed mot. for entry jdgmt.02-02-16.pnr.kp.wpd