**FILED**

JAN 16 2026

THOMAS G. BRUTON
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.* ) ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION |
| v. ) ) | NO. 15 C 0069 |
| SEALANTS, INC., an Illinois corporation, ) f/k/a, G & C CONSTRUCTION, INC., ) ) | JUDGE RUBEN CASTILLO |
| | MAGISTRATE JUDGE DANIEL G. MARTIN |
| Defendant, ) ) and ) ) | |
| FIFTH THIRD BANK, ) ) | |
| Citation Respondent. ) | DEBIT RESTRAINT IN PLACE |

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

__FIFTH THIRD BANK__ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A. Savings Account (amount withheld) $ _____
B. Checking and/or Now Account (amount withheld) $ **\*\* NO FUNDS AVAILABLE \*\*** DEBIT RESTRAINT IN PLACE
C. Certificate of Deposit (amount withheld) $ _____
D. Money Market Account (amount withheld) $ _____
E. Trust Account (amount withheld) $ _____
F. Safety Deposit Boxes $ _____
G. Other Amounts Due $ _____
H. Adverse Claimants: Name _____

7

|     | Address |
| --- | --- |
| I.  | Wages, Salary or Commissions |
| J.  | Other Personal Property (describe) |

Attach a sheet for any additional information required by the Citation.

Subtotal    ** NO FUNDS AVAILABLE - ACCOUNTS FROZEN **

Less right of offset for other loans  
Less deduction for fees limited by law

Total

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____  
Agent for Citation Respondent

_____  
Date

**DEBIT RESTRAINT IN PLACE**

Third Party Respondent/Agent  
Agent Name: FIFTH THIRD BANK    01/13/2026  
Agent Title: SHAVAWN COLE  
Respondent Name: LEGAL OPS SERV. SPECIALIST  
Address: 5050 KINGSLEY DRIVE  
CINCINNATI OHIO 45263  
MD: 1M0C2Q-3723  
Phone: FAX: 513-358-1279  
Fax:

*(signature: Shavawn Cole)*

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, and a copy sent to the Attorney for Plaintiffs, and to the Judgment Debtor.

I:\SJ\G & C\#25806\citation to discover assets re third party (fifth third).wpd

8

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, Ohio 45263

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
219 SOUTH DEARBORN STREET 20TH FLOOR
CHICAGO, IL 60604

LGLOPS/FTBW/20260114/10N1/437448C



International Shipping Notice ... may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Un... on or Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

0101951035/21 PAC United Parcel Service
For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

Serving you for more than 110 years
United Parcel Service®

SHIP TO:
US DISTRICT CT FOR THE NRTHRN DIST
20TH FLOOR
219 SOUTH DEARBORN ST
CHICAGO IL 60604

SHAYAWN COLE
FIFTH THIRD BANK
5050 KINGSLEY DR
CINCINNATI OH 45227

1 LBS           1 OF 1

UPS NEXT DAY AIR
TRACKING #: 1Z 972 64A 01 0679 9963

IL 606 9-04

BILLING: P/P
Cost Center: 71346
Mail Drop: 1M0C2Q      CS 26.0.01

WNTNVJ50 3.0A 01/2026*

1/14/26, 11:33 AM

UPS CampusShip | UPS - United States

**Extremely Urgent**

