MR

 VW

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, Ohio 45263

 

**FILED**
**8/7/2026**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
219 SOUTH DEARBORN STREET 20TH FLOOR           7
CHICAGO, IL 60604

LGLOPS/FTBW/20260721/10N1/437448C



002865270000070501080O





# FIFTH THIRD

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, Ohio 45263

| | |
|---|---|
| **Date:** | 07/21/2026 |
| **Reference ID:** | 20260112610128 |
| **RE:** | G & C CONSTRUCTION & SEALANTS |
| | G & C CONSTRUCTION & SEALANTS |
| | 4200 W 124TH PL |
| | ALSIP IL, 60803 |

To Whom It May Concern:

Fifth Third Bank has processed a tax levy, garnishment, or child support order on 01/12/2026. To date, we have not received directive on how to proceed with the funds held. If we do not hear from you within 10 business days, Fifth Third will proceed with releasing the funds held to our customer's account. Please mail a turnover order or release of levy, garnishment, or child support to Fifth Third Bank Legal Operations 5050 Kingsley Dr. MD 1MOC2Q Cincinnati, Ohio 45263

Should you have any questions with regards to this letter, please email Legal Operations at operations.garnishment@53.com.

Thank you,


Fifth Third Bank



0028652700000705020000



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO AREA JOINT WELFARE )
COMMITTEE FOR THE POINTING, )
CLEANING AND CAULKING )
INDUSTRY, LOCAL 52, *et al.* )
) CIVIL ACTION
Plaintiffs, )
) NO. 15 C 0069
v. )
) JUDGE RUBEN CASTILLO
SEALANTS, INC., an Illinois corporation, )
f/k/a, G & C CONSTRUCTION, INC., ) MAGISTRATE JUDGE DANIEL G. MARTIN
)
Defendant, )
)
and )
)
FIFTH THIRD BANK, )
)
Citation Respondent. )

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

FIFTH THIRD BANK                          (Citation Respondent), certifies under penalty of
perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the
following answer to this Citation to Discover Assets and is in possession of the following property of
the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held;

A.   Savings Account (amount withheld) $ _____
B.   Checking and/or Now Account (amount withheld) $  ** NO FUNDS AVAILABLE ** _____
C.   Certificate of Deposit (amount withheld) $ _____
D.   Money Market Account (amount withheld) $ _____
E.   Trust Account (amount withheld) $ _____
F.   Safety Deposit Boxes S _____
G.   Other Amounts Due $ _____
H.   Adverse Claimants:   Name _____

7



00284027000007050400000

Fifth Third Bank, National Association. Member FDIC. ☺ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.



002865270000070503000



                    Address          _____

I.    Wages, Salary or Commissions _____

J.    Other Personal Property (describe)  _____

                                                              _____

Attach a sheet for any additional information required by the Citation.

                                  Subtotal      \*\* NO FUNDS AVAILABLE - ACCOUNTS FROZEN \*\*

Less right of offset for other loans      _____

Less deduction for fees limited by law    _____

                                  Total        _____

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

                                        _____

                                        Agent for Citation Respondent

                                        _____

                                        Date

Third Party Respondent/Agent

| | |
|---|---|
| Agent Name: | FIFTH THIRD BANK    01/13/2026 |
| Agent Title: | SHAVAWN COLE |
| Respondent Name: | LEGAL OPS SERV SPECIALIST |
| Address: | 5050 KINGSLEY DRIVE |
| | CINCINNATI OHIO 45263 |
| | MD: 1M0C2Q-3723 |
| Phone: | FAX: 513-358-1279 |
| Fax: | |

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, and a copy sent to the Attorney for Plaintiffs, and to the Judgment Debtor.

r:523G & C\#25800\citation to discover assets re third party (fifth th.jnd).wpd

OO2865270OOOO07O5050GOO



**FIFTH THIRD**

PRESORTED FIRST CLASS
US POSTAGE
PAID
CINCINNATI, OHIO
PERMIT NO. 5461

20260722

**This could be your
last paper statement!**

**Turn over and scan to switch.**

RECEIVED

AUG 0 7 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5 GTJ-NP1 60604

24-06_CHK (08/24)

Less mail.
Easier access.
**Go paperless.**

